United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-11743-mdc
Mandy Joyce Harshberger                                                 Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: PaulP            Page 1 of 1            Date Rcvd: Sep 12, 2019
                        Form ID: 195           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2019.
db             +Mandy Joyce Harshberger,    27 Grouse Drive,    Denver, PA 17517-9689

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2019 at the address(es) listed below:
      CHAD JAMES JULIUS    on behalf of Debtor Mandy Joyce Harshberger cjulius@ljacobsonlaw.com,
       creed@ljacobsonlaw.com
      CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
      KEVIN G. MCDONALD    on behalf of Creditor    USAA Federal Savings Bank bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                                            TOTAL: 4

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

In re:                                                                 : Chapter 7

Mandy Joyce Harshberger                                  : Case No. 19–11743–mdc
      Debtor(s)

***ORDER***
_____

    AND NOW, this day , September 12, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court

15
Form 195